STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV10538    AND FILED ON    11/21/2007

| | |
|---|---|
| FORDYCE PYE<br><br>Vs.<br><br>JEFFREY C. COLEMAN, ET AL | Plaintiff(s)/Petitioner(s)<br><br>Defendant(s)/Respondent(s) |

STATE OF: NEW YORK        )
                          ) SS
COUNTY OF WESTCHESTER     )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __11/30/2007__ at __2:30PM__, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: JEFFREY C. COLEMAN, INDIVIDUALLY, IN HIS CAPACITY AS            (herein called recipient)
At Location: COMMISSIONER OF PUBLIC WORKS FOR THE CITY OF                       therein named.
             NEW ROCHELLE, 515 NORTH AVENUE
             NEW ROCHELLE NY

By delivering to and leaving with __DYWANE LESTER, SECRETARY TO COMMISSIONER__ a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On __12/3/07__, deponent completed service by depositing a copy of the
SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | BLACK | Color of Hair | BLACK |
|---|---|---|---|---|---|
| Age | 24/30 | Height | 5'11" | Weight | 155 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the __12/3/2007__

_[signature]_                                     _[signature]_
                                                  John Axelrod

                                                  Server's License#:

2C/0

STATE OF NEW YORK        UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV10538    AND FILED ON    11/21/2007

FORDYCE PYE                                     Plaintiff(s)/Petitioner(s)

Vs.

JEFFREY C. COLEMAN, ET AL                       Defendant(s)/Respondent(s)

STATE OF: NEW YORK        )
                          ) SS
COUNTY OF WESTCHESTER     )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 11/30/2007 at 2:25PM, deponent did serve the within process as follows:

Process Served:
Party Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
THE CITY OF NEW ROCHELLE, NEW YORK        (herein called recipient) therein named.

At Location: 515 NORTH AVENUE
NEW ROCHELLE NY

By delivering to and leaving with MICHAEL BROOKS and that deponent knew the person so served to be the PARALEGAL of the corporation and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex M    Color of Skin BLACK    Color of Hair BLACK
Age 35/45    Height 5'10"
Weight 170    Other Features

Sworn to before me on 12/3/2007

_____                    _____
                                             John Axelrod
                                             Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
Qualified in...
Commission...2010