STATE OF NEW YORK        UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV10538    AND FILED ON    11/21/2007

FORDYCE PYE                                                              Plaintiff(s)/Petitioner(s)

                                    Vs.

JEFFREY C. COLEMAN, ET AL                                                Defendant(s)/Respondent(s)

STATE OF: NEW YORK           )
                             ) SS
COUNTY OF WESTCHESTER        )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 11/30/2007 at 2:30PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: JEFFREY C. COLEMAN, INDIVIDUALLY, IN HIS CAPACITY AS    (herein called recipient) therein named.
At Location: COMMISSIONER OF PUBLIC WORKS FOR THE CITY OF
NEW ROCHELLE, 515 NORTH AVENUE
NEW ROCHELLE NY

By delivering to and leaving with DYWANE LESTER, SECRETARY TO COMMISSIONER a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 12/3/07, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | BLACK | Color of Hair | BLACK |
| Age | 24/30 | Height | 5'11" | Weight | 155 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 12/3/2007

John Axelrod

Server's License#:

2C70

| STATE OF NEW YORK | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT | |
|---|---|---|
| DOCUMENTS SERVED WITH INDEX#: 07CIV10538 | AND FILED ON | 11/21/2007 |

| | | |
|---|---|---|
| FORDYCE PYE | | Plaintiff(s)/Petitioner(s) |
| | Vs. | |
| JEFFREY C. COLEMAN, ET AL | | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK          )
                            ) SS
COUNTY OF WESTCHESTER       )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __11/30/2007__ at __2:25PM__, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES

Party Served: THE CITY OF NEW ROCHELLE, NEW YORK          (herein called recipient) therein named.

At Location: 515 NORTH AVENUE
             NEW ROCHELLE NY

By delivering to and leaving with __MICHAEL BROOKS__ and that deponent knew the person so served to be the __PARALEGAL__ of the corporation and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex M    Color of Skin BLACK    Color of Hair BLACK
Age 35/45    Height 5'10"
Weight 170    Other Features

Sworn to before me on __12/3/2007__

_Gail Williams_ (signature)

_John Axelrod_ (signature)
John Axelrod
Server's License#:

GAIL WILLIAMS
Notary Public ... New York
Qual...
Commission ... 2010