UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

FORDYCE PYE,

                    Plaintiff,                    **07 Civ 10538 (SCR)**

    -against-

JEFFREY C. COLEMAN, individually,          **PLAINTIFF'S NOTICE OF**
in his capacity as Commissioner of Public     **APPEARANCE OF COUNSEL**
Works for the City of New Rochelle, and
THE CITY OF NEW ROCHELLE, New
York,

                    Defendants.

------------------------------------------------------------x

TO THE CLERK OF THE COURT:

        Please enter the appearance of Drita Nicaj, Esq. of the law firm of Lovett & Gould, LLP on behalf of the Plaintiff Fordyce Pye in this action. This is for notice only. Do not remove Jonathan Lovett, Esq. as lead attorney.

                              Drita Nicaj (DN 0966)
                              Lovett & Gould, LLP
                              222 Bloomingdale Road
                              White Plains, New York 10605
                              (914) 428-8401
                              FAX: (914)) 428-8916
                              E-mail: dnicaj@lovett-gould.com

                              Respectfully submitted,

                              LOVETT & GOULD, LLP
                              222 Bloomingdale Road, Suite 304
                              White Plains, New York 10605
                              (914) 428-8401

                      By: _____
                              Drita Nicaj (DN 0966)

Dated: January 30, 2008
       White Plains, New York