WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
Attorneys for Defendants John Traynor,
Christian Koch, Michael Cassino, Keith
Olson, Edmund Hartnett and the
City of Yonkers
3 Gannett Drive
White Plains, NY  10604
(914) 323-7000
Attn:   John M. Flannery (JF-0229)
        Peter A. Meisels (PM-5018)
        Lalit K. Loomba (LL-9755)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RUI FLORIM,                                                 :
                                                              08 Civ. 6920 (SCR)
                    Plaintiff,                              :

        -against-                                           :

JOHN TRAYNOR, individually, CHRISTIAN                       :
KOCH, individually, "JOHN" CASSINO,                           **NOTICE OF APPEARANCE AND**
individually, "JOSEPH" OLSON, individually,                 : **DEMAND FOR SERVICE OF**
"ROBERTA" MORAN, individually, "THOMAS"                       **PAPERS**
MOLINA, individually, "JOHN DOE," individually,             :
"MARY ROE," individually, YONKERS POLICE
OFFICERS #1 to #10, individually, EDMUND                    :
HARTNETT, individually, and THE CITY OF
YONKERS, New York,                                          :

                    Defendants.                             :
------------------------------------------------------------x

**PLEASE TAKE NOTICE** that the defendants John Traynor, Christian Koch, Michael

Cassino, Keith Olson, Edmund Hartnett and the City of Yonkers appear herein by their counsel,

Wilson, Elser, Moskowitz, Edelman & Dicker LLP, and demand that all notices given or

required to be given in this case, and all papers served or required to be served in this case be

given and served upon the undersigned at the following office address and telephone number:

2099398.1

Wilson, Elser, Moskowitz, Edelman & Dicker LLP
3 Gannett Drive
White Plains, NY 10604
Tel: (914) 323-7000
Fax: (914) 323-7001
Attn: Peter A. Meisels, Esq.
John M. Flannery, Esq.
Lalit K. Loomba, Esq.
E-mail: peter.meisels@wilsonelser.com, john.flannery@wilsonelser.com and lalit.loomba@wilsonelser.com

**PLEASE TAKE FURTHER NOTICE** that, the foregoing demand also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile, e-mail or otherwise.

Dated:   White Plains, New York
         August 27, 2008

                                        WILSON, ELSER, MOSKOWITZ,
                                        EDELMAN & DICKER LLP
                                        Attorneys for Defendants John Traynor,
                                        Christian Koch, Michael Cassino, Keith
                                        Olson, Edmund Hartnett and the
                                        City of Yonkers

                                        */s/ Peter A. Meisels*
                                        By: Peter A. Meisels (PM-5018)

                                        3 Gannett Drive
                                        White Plains, NY 10604
                                        (914) 323-7000
                                        File No. 05781.00018

2099398.1